JS-6

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH [C.S.B.N. 160872]
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4819
    Facsimile: 415-744-0134
    e-mail: Geralyn.Gulseth@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SALLY J. CORETTI, | Case No. 5:21-cv-00874-SP |
|     Plaintiff, | JUDGMENT OF REMAND |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  February 11, 2022

                              HON. SHERI PYM
                              UNITED STATES MAGISTRATE JUDGE